## 57933. RICHARDSON v. THE STATE.

UNDERWOOD, Judge.

Remanded for entry of a written statement by the court as to the evidence relied on and the reasons for revoking probation, as required by Gagnon v. Scarpelli, 411 U. S. 778 (93 SC 1756, 36 LE2d 656) (1973).

*Remanded with direction. McMurray, P. J., and Banke, J., concur.*

SUBMITTED JUNE 13, 1979 — DECIDED DECEMBER 4, 1979.

*James A. Elkins, Jr.,* for appellant.
*William J. Smith, District Attorney,* for appellee.